**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LELAND LOU, TIN S. LOU,
AND MAE LOU**                                                          **PLAINTIFFS**

**V.**                                                                         **NO. 4:12CV00050-MPM-JMV**

**CITY OF GREENWOOD, ET AL.,**                                      **DEFENDANTS**

**ORDER**

Before the court are Defendants' Motion to Compel Discovery [24] and Plaintiffs' Amended Motion to Withdraw as Attorney of Record [26]. First, with regard to Plaintiffs' motion to withdraw, A. Lee Abraham, Jr., Jacob Jenkins, and the law firm of Abraham & Rideout seek leave to withdraw as attorneys of record for Plaintiffs. Plaintiffs consent to the motion, and counsel for Defendants have represented that Defendants do not object to the motion. Accordingly, the court finds that for good cause the motion should be granted.

With respect to Defendants' motion to compel, they assert that Plaintiffs have failed to execute medical releases and have failed to respond to written discovery propounded on October 9, 2012. Defendants seek an order requiring immediate production of the outstanding discovery. In their response [25] Plaintiffs do not deny that they have failed to cooperate in the discovery process but, instead, point to their counsel's intention to seek leave to withdraw from the case and request additional time to respond to the outstanding discovery. Having considered the parties' submissions and the record of this case, the court finds that the motion to compel discovery should be granted.

      **THEREFORE, IT IS ORDERED**:

1. That Plaintiffs' motion for withdrawal of counsel is hereby GRANTED and A. Lee Abraham, Jr., Jacob Jenkins, and the law firm of Abraham & Rideout are dismissed from this case *on condition* that said counsel immediately provide each of the named plaintiffs with a copy of this order.

2. That Plaintiffs shall have thirty (30) days from this date to obtain new counsel or notify the court in writing of their intention to proceed in this action without counsel.

3. That Defendants' motion to compel is hereby GRANTED. That within forty-five (45) days of this date, Plaintiffs shall serve responses to Defendants' written discovery requests and execute medical releases in accordance with this court's prior order.

4. That the following CMO deadlines now control:

| | |
|---|---|
| Amendments to pleadings and joinder of parties | 3/18/13 |
| Discovery | 7/15/13 |
| Plaintiff's designation of experts | 4/18/13 |
| Defendants' designation of experts | 5/20/13 |
| Dispositive motions and *Daubert* motions | 7/29/13 |

**SO ORDERED** this, the 16th day of January, 2013.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**