IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION


LELAND LOU, TIN S. LOU,
AND MAE LOU                                                              PLAINTIFFS

V.                                                            NO. 4:12CV00050-MPM-JMV

CITY OF GREENWOOD, ET AL.,                                               DEFENDANTS

ORDER COMPELLING DISCOVERY AND
REQUIRING COUNSEL TO SHOW CAUSE

Before the court is Defendants' Second Motion to Compel discovery pursuant to

Fed.R.Civ.P. 37 [33].  Plaintiffs have filed no response.  Accordingly, the court is ready to rule.

In support of their motion, Defendants essentially state that Plaintiffs have failed to comply

with this court's January 16, 2013 Order which granted Defendants' first motion to compel and

ordered Plaintiffs to execute medical releases and submit their overdue responses to Defendants'

written discovery by March 22, 2013.  Specifically, Defendants charge that Plaintiff Mae Lou has

refused to execute medical releases and provide information as to her health care providers.

Plaintiff Mae Lou has also completely failed to respond to certain interrogatories.  Additionally,

though Plaintiff Tin S. Lou has executed medical releases, he has failed to identify his regular

health care providers.  Finally, Defendants complain that each Plaintiff's objections to certain

interrogatories and requests for production are meritless and improper.  Because Plaintiffs have

failed to provide any explanation for the charges made by Defendants and because Defendants'

arguments are well-taken, the court finds that Plaintiffs have failed to fully comply with the court's

prior discovery order and that the subject objections to Defendants' discovery requests are

overruled.

**THEREFORE**, it is **ORDERED**:

1. That within 14 days of this date, Plaintiffs shall fully and completely respond to the written discovery requests that are the subject of Defendants' Second Motion to compel.

2. That should Plaintiffs fail to completely comply with this order, the court will entertain a motion to dismiss for failure to comply with discovery obligations.

3. That within 14 days of this date, counsel for Plaintiffs shall show cause why an award to Defendants of attorneys fees should not be assessed against said counsel for failure to cooperate in discovery as found herein.

This 29th day of April, 2013.

/s/ **Jane M. Virden**
**U. S. MAGISTRATE JUDGE**